UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

IN RE:

|  |  |
|---|---|
| Clarissa Coles | Case No. :    12-32334-DOT |
| Debtor(s) | Chapter 13 |

### NOTICE OF VOLUNTARY CONVERSION OF CHAPTER 13 CASE TO CHAPTER 7

The Debtor(s), Clarissa Coles, by counsel, represents as follows:

1. The Debtor is no longer able to comply with the Chapter 13 plan and does not desire to modify the plan.

2. The Debtor qualifies as a debtor under Chapter 7 of the Bankruptcy Code.

3. Under Section 1307 (a) of the Bankruptcy Code, the debtor is entitled to convert the above-mentioned Chapter 13 case to a case under Chapter 7 at any time and now wishes to convert this Chapter 13 case to a case under Chapter 7.

4. The conversion to Chapter 7 is being made in good faith by the debtor.

WHEREFORE, the Debtor, Clarissa Coles, pursuant to Rule 1017 (d) of the Rules of Bankruptcy Procedure, hereby serves notice of the conversion of this Chapter 13 case to a case under Chapter 7 of the Bankruptcy Code.

Clarissa Coles
By Counsel

/s/ Richard J. Oulton
Richard J. Oulton, Esq. #29640
America Law Group, Inc.
2312 Boulevard
Colonial Heights, VA 23834
804-520-2428(ph)
804-318-3806 (fax)

Certificate of Service

I certify that a copy of the foregoing Notice of Conversion of Chapter 13 Case to Chapter 7 was sent by mail or electronic means this November 4, 2013 to Robert E. Hyman, PO Box 1780, Richmond, VA 23218, and the U.S. Trustee's office, 701 E. Broad St, Suite 4000, Richmond, VA 23219 and to all necessary creditors.

/s/ Richard J. Oulton
Richard J. Oulton

List of creditors

**Aaron's**
201 Eastwood Dr
Danville, VA 24540

**Advance America**
705 East Atlantic Street
South Hill, VA 23970-0000

**Afni**
Po box 3427
Bloomington, IL 61702-0000

**Afni, Inc.**
Attn: DP Recovery Support
Po Box 3427
Bloomington, IL 61702-0000

**Ais Services Llc**
50 California St
San Francisco, CA 94111-0000

**Alltel**
PO Box 79040
Phoenix, AZ 85062-0000

**Ameripath Consulting Pathology**
PO Box 65721
Charlotte, NC 28265-0000

**Asset Acceptance**
PO Box 44426
Nottingham, MD 21236-0000

**Assoc Anesthesia Providers**
PO Box 682
South Hill, VA 23970-0000

**AT&T**
PO Box 536216
Atlanta, GA 30353-0000

**AT&T Mobility II LLC**
% AT&T Services, Inc
James Grudus, Esq.
One AT&T Way, Room 3A218
Bedminster, NJ 07921

**Bank of AMerica**
100 SOuth Charles Street
Baltimore, MD 21201-0000

**Capital Management Services**
726 Exchange Street
Suite 700
Buffalo, NY 14210-0000

**Carillion Consoldated**
Po Box 12687
Roanoke, VA 24027-0000

**Cash Express of Va**
210 N Main Street
Blackstone, VA 23824-0000

**CBE GROUP INC**
PO BOX 2337
Waterloo, IA 50704-2337

**CC Powell & Sons**
Po Box Drawer A-E
13160 Courthouse Road
Victoria, VA 23974-0000

**Centra Southside Proffessional**
Po Box 927
White Sulphur Springs, WV 24986-0000

**Century Link**
PO Box 1319
Charlotte, NC 28201-0000

**Charlot Bur**
Pob 6220
Charlottesvill, VA 22911-0000

**CMH ER Physicians**
PO Box 2065
Seattle, WA 98111-0000

**Commonwealth ER Physicians**
44045 Riverside Pkwy
Leesburg, VA 20176-5101

**Commonwealth General Surgery**
PO Box 215
South Hill, VA 23970-0000

**Commonwealth Neuro Specialist**
Po box 654
South Hill, VA 23970-0000

**Commonwealth of VA**
Department of Taxation

PO Box 27407
Richmond, VA 23261-0000

**Commonwealth of Virginia**
Department of Taxation
PO Box 2156
Richmond, VA 23218

**Community Memeorial Hospital**
PO Box 90
Boydton, VA 23917-0000

**Community National Bank**
Po Box 306
Boydton, VA 23917-0000

**County of Lunenburg**
11512 Courthouse Road
Lunenburg, VA 23952-0000

**Courtney Coffer**
1230 Pleasant View Ave
Roanoke, VA 24012-0000

**Credit Control Corp**
Po Box 120568.
Newport News, VA 23612-0000

**Crewe Village Apartments**
1606 W Carolina Ave
Crewe, VA 23930-0000

**DFC Sales**
1602 W Virginia Avenue
Crewe, VA 23930-0000

**Direct TV**
PO Box 9001069
Louisville, KY 40290-0000

**Direct Tv COllections**
Po Box 78626
Phoenix, AZ 85062-0000

**Dominion Vriginia Power**
P O Box 26666
Richmond, VA 23261-0000

**Dr Olson**
PO Box 309
South Hill, VA 23970-0000

**Dt Credit Co**
Po Box 29018
Phoenix, AZ 85038-0000

**DT Credit Company, LLC**
PO BOX 29018
PHOENIX, AZ 85038

**Empire Solutions Inc**
1335 Canton Rd, Ste B
Marietta, GA 30066-6053

**Fingerhut**
PO box 166
Newark, NJ 07101-0000

**First Citizens Bank**
PO Box 27131
Raleigh, NC 27611-0000

**Fred Pearson**
County of Luneneburg
Lunenburg, VA 23952-0000

**Gallion & Richards Appliance**
Po Box G
Victoria, VA 23974-0000

**Jill Dickerson**
117 North Main Street
Farmville, VA 23901-0000

**Jl Walston & Associate**
326 S Main St
Emporia, VA 23847-0000

**Kelly Rentals Inc. dba Aarons**
601 E. Atlantic Street #8
South Hill, VA 23970-0000

**Kenneth Morris DDS**
PO Box 306
Boydton, VA 23917-0000

**LabCorp**
PO Box 2240
Burlington, NC 27216-0000

**LabCorp**
C/O Credit Collection Services
Two Wells Avenue Debt 587
Newton Center, MA 02459-0000

**Lvnv Funding Llc**
Po Box 740281
Houston, TX 77274-0000

**Maureen Wiles**
6358 Talbot Circle
Springhill FL 34606

**MCV HOSPITAL**
P O BOX 980462
RICHMOND, VA 23298-0462

**MCV Hospital**
Po Box 758721
Baltimore, MD 21275-0000

**MCV Physicians**
P O Box 91747
Richmond, VA 23291-1747

**Merchants Credit**
Po Box 7416
Bellevue, WA 98008

**National Credit Adjust**
Po Box 3023
Hutchinson, KS 67504-0000

**Nco Fin /27**
Pob 7216
Philadelphia, PA 19101-0000

**Nco Financial Systems**
507 Prudential Rd
Horsham, PA 19044-0000

**NexBank**
PO Box 85005
Richmond, VA 23285-0000

**Nextel**
Po Box 1064
Kenbridge, VA 23944-0000

**Oxford Collection Serv**
135 Maxess Rd Ste 2a
Melville, NY 11747-0000

**Palmers Imaging**
PO Box 66971 Dept PM
Saint Louis, MO 63166-0000

**PMR law group**
4779 Transit Rd Suite 8
Depew, NY 14043-0000

**Portfolio Recvry&affil**
120 Corporate Blvd Ste 1
Norfolk, VA 23502-0000

**Praxis**
7331 N Lincoln Ave Ste 8
Lincolnwood, IL 60712-0000

**Proffesional Recovery**
OP Box 51887
Durham, NC 27717-0000

**Proggressive Therapy**
Po box 468
Farmville, VA 23901-0000

**Progressive Management System**
Po Box 2220
West Covina, CA 91793-0000

**PYOD, LLC its successors and assigns as assignee**
of B-Line, LLC
Resurgent Capital Services
PO Box 19008
Greenville, SC 29602

**Quantum3 Group LLC as agent for**
Galaxy Portfolios LLC
PO Box 788
Kirkland, WA 98083-0788

**RedCats/ Lerners**
PO Box 4400
Taunton, MA 02780-0000

**Richmond OBGYN Assoc**
Gilliam & Evans PLC
7821 Ironbridge Road
Richmond, VA 23237-0000

**Richmond Times Dispatch**
PO Box 27502
Richmond, VA 23261-0000

**Riddle Assoc**
11778 S Election D
Draper, UT 84020-0000

**Rjm Acq Llc**
575 Underhill Blvd Ste 2
Syosset, NY 11791-0000

**Russell Callahan**
11413 Courthouse Road
Lunenburg, VA 23952-0000

**Sallie Mae**
PO Box 9635
Wilkes Barre, PA 18773-0000

**Sallie Mae Inc, on behalf of the**
Department of Education
DOE
P.O. Box 740351
Atlanta, GA 30374-0351

**Santa Barbara BAnk and Trust**
PO Box 1270
Solana Beach, CA 92075-0000

**Sears**
PO Box 183082
Columbus, OH 43218-0000

**Southern Dominion Health**
PO Box 70
Victoria, VA 23974-0000

**Southside Community Hospital**
800 Oak Street
Farmville, VA 23901-0000

**Southside Electric Coop**
PO Box 7
Crewe, VA 23930-0000

**Southside Hospital**
c/o Creditors Bankruptcy Service
P.O. Box 740933
Dallas, TX 75374

**Sprint**
Po Box 600670
Jacksonville, FL 32260-0000

**Sprint**
PO Box 1769
Newark, NJ 07101-0000

**Sprint Nextel**
Sprint Nextel - Correspondence
Attn: Bankruptcy Dept.
P. O. Box 7949
Overland Park, KS 66207-0949

**Sprint/ Nextel**
PO Box 660075
Dallas, TX 75266-0000

**St Marys**
PO Box 100767
Atlanta, GA 30384-0000

**Tops Auto Sales**
26030 Cox Rd
Petersburg, VA 23803-0000

**Town of Blackstone**
1802 Main Street
Victoria, VA 23974-0000

**Town of Victoria**
Po box V
Victoria, VA 23974-0000

**Tremont Financial**
PO Box 608
Sioux Falls, SD 57101-0000

**Tuckahoe Ortho Assoc**
Po Box 71690
Richmond, VA 23255-0000

**Tuckahoe Orthopaedic Assoc LTD**
c/o Schettine and Nguyen PLC
10 South 23rd St
Richmond, VA 23223

**U. S. Attorney's Office**
600 E. Main Street
18th Floor
Richmond, VA 23219

**United Compucred**
PO Box 1529
Aqoura, CA 91376-1529

**United Consumers Inc**
PO Box 4466
Woodbridge, VA 22194-0000

**West End Anesthesia**
Credit Adjustment Board
306 East Grace Street
Richmond, VA 23219-0000

**West End Ortho**
5855 Bremo Road Ste 100 N
Richmond, VA 23226-0000