UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
Richmond Division

In re:   Clarissa Coles                                    Case No.: 12-32334

          Debtor(s)                                         Chapter 7


Schedule of Unpaid Debts After Commencement of Chapter 13

Lacrosse Service Center                 Palmaris Imaging of Arizona
PO Box 162                              PO Box 29661
La Crosse, VA 23950                     Phoenix, AZ 85038

Bill Farrar Auto Sales                  Southern Dominion Health System
1321 W. Danville St                     PO Box 70
South Hill, VA 23970                    Victoria, VA 23974

Campus Partners                         CMH ER Physicians, LLC
PO Box 2901                             PO Box 12039
Winston Salem, NC 27102                 Daytona Beach, FL 32120

Community Memorial Health Cent          AmericaGas
PO Box 90                               1110 W Danville St
South Hill, VA 23970                    South Hill, VA 23970

White Hills Cash                        National Credit Adjusters
PO Box 330                              PO Box 3023
Hays, MT 59527                          Hutchinson, KS 67504




                                        /s/ Richard J. Oulton
                                        Counsel for Debtor
                                        America Law Group, Inc.
                                        2312 Boulevard
                                        Colonial Heights, VA 23834